IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01774-AP

SHELLY M. LAWTON,

     Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

     Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

ANN J. ATKINSON
7960 South Ireland Way
Aurora, Colorado 80016
Telephone: (303) 680-1881
Email: AtkinsonAJ@aol.com

<u>For Defendant</u>:

JAMES L. BURGESS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Ste. 4169
Denver, CO 80294-4003
Telephone: (303) 844-1856
Email: james.burgess@ssa.gov

2.      **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

      A.      **Date Complaint Was Filed:**      July 5, 2013

      B.      **Date Complaint  Was Served on U.S. Attorney's Office:**   July 10, 2013

      C.      **Date Answer and Administrative Record Were Filed:**  September 9, 2013

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The administrative record [Document #10] appears to be complete.

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

No unusual claims or defenses are raised in this action.

7.      **OTHER MATTERS**

There are no additional matters to bring to the Court's attention.

8.      **BRIEFING SCHEDULE**

      A.      **Plaintiff's Opening Brief Due:**               November 8, 2013

      B.      **Defendant's Response Brief Due:**          December 11, 2013

      C.      **Plaintiff's Reply Brief (If Any) Due:**       December 26, 2013

NOTE:  the Defendant's Response Brief date has been extended due to the Thanksgiving holiday.

9.      **STATEMENTS REGARDING ORAL ARGUMENT**

A.      **Plaintiff's Statement:**  Plaintiff does not request oral argument

B.      **Defendant's Statement:**  Defendant does not request oral argument.

10.     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.      **( )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.      **( X )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11.     **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>30th</u> day of <u>September</u>, 2013.

BY THE COURT:

*<u>s/John L. Kane</u>*
U.S. DISTRICT COURT JUDGE

APPROVED:                                    UNITED STATES ATTORNEY


*s/Ann J. Atkinson*                          *s/James Burgess*
ANN J. ATKINSON                              JAMES BURGESS
7960 South Ireland Way                       Special Assistant United States Attorney
Aurora, Colorado 80016                       Office of the General Counsel
Telephone: (303) 680-1881                    Social Security Administration
Email: AtkinsonAJ@aol.com                    1961 Stout St., #4169
                                             Denver, CO  80294-4003
Attorney for Plaintiff                       Telephone (303) 844-1856
                                             Email:  james.burgess@ssa.gov